UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIERRA CLUB and ENVIRONMENTAL
CONFEDERATION OF SOUTHWEST
FLORIDA,

    Plaintiffs,

v.                                        Case No.:  2:20-cv-13-FtM-38NPM

U.S. FISH AND WILDLIFE
SERVICE, AURELIA SKIPWORTH,
FLORIDA DEPARTMENT OF
TRANSPORTATION, KEVIN J.
THIBAULT, U.S. ARMY CORP OF
ENGINEERS and TODD T.
SEMONITE,

    Defendants.

## RELATED CASE ORDER AND TRACK ONE NOTICE[1]

It is hereby **ORDERED** that, no later than **FOURTEEN (14) DAYS** from the date of this Related Case Order and Track Notice, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form **Notice of Pendency of Other Actions**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

It is **FURTHER ORDERED** that, in accordance with M.D. Fla. Local Rule 3.05, this action is designated a **Track One** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

January 15, 2020

| _____SHERI POLSTER CHAPPELL_____ | _____JOHN E. STEELE_____ |
| :---: | :---: |
| Sheri Polster Chappell | John E. Steele |
| United States District Court Judge | Senior United States District Court Judge |
| _____THOMAS P. BARBER_____ | _____MAC R. MCCOY_____ |
| Thomas P. Barber | Mac. R. McCoy |
| United States District Judge | United States Magistrate Judge |
| _____NICHOLAS P. MIZELL_____ | |
| Nicholas P. Mizell | |
| United States Magistrate Judge | |

Attachment:  Notice of Pendency of Other Actions [mandatory form]

Copies: All Parties of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIERRA CLUB and ENVIRONMENTAL
CONFEDERATION OF SOUTHWEST
FLORIDA,

      Plaintiffs,

v.                                                                                    Case No.:   2:20-cv-13-FtM-38NPM

U.S. FISH AND WILDLIFE
SERVICE, AURELIA SKIPWORTH,
FLORIDA DEPARTMENT OF
TRANSPORTATION, KEVIN J.
THIBAULT, U.S. ARMY CORP OF
ENGINEERS and TODD T.
SEMONITE,

      Defendants.
_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated:

_____       _____

|  |  |
|---|---|
| [Counsel of Record or *Pro Se* Party]<br>[Address and Telephone] | [Counsel of Record or *Pro Se* Party]<br>[Address and Telephone] |