## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Ft. Myers Division

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL CONFEDERATION OF SOUTHWEST FLORIDA,<br><br>    Plaintiffs,<br><br>v.<br><br>FLORIDA DEPARTMENT OF TRANSPORTATION, UNITED STATES FISH & WILDLIFE SERVICE,<br><br>    Defendants. | Case No. 2:20-cv-13-FtM-38NPM |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Environmental Confederation of Southwest Florida, Inc., declares that it has no parent corporation and no publicly held corporation currently owns 10% or more of its stock.

Respectfully submitted this 16th day of January 2020.

                                              */s/ Bonnie Malloy*
                                              BONNIE MALLOY (Fl Bar No. 86109)
                                              Earthjustice
                                              111 S. Martin Luther King Jr. Blvd
                                              Tallahassee, FL 32301
                                              T: 850-681-0031
                                              F: 850-681-0020
                                              bmalloy@earthjustice.org

                                              */s/ Tania Galloni*
                                              TANIA GALLONI (Fl Bar. No. 619221)
                                              Earthjustice
                                              4500 Biscayne Blvd., Ste. 201

Miami, FL 33137<br>
T: (305) 440-5432<br>
F: 850-681-0020<br>
tgalloni@earthjustice.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of January, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Bonnie Malloy*
BONNIE MALLOY