## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Ft. Myers Division

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL CONFEDERATION OF SOUTHWEST FLORIDA, | |
| Plaintiffs, | Case No. 2:20-cv-13-FtM-38NPM |
| v. | |
| FLORIDA DEPARTMENT OF TRANSPORTATION, UNITED STATES FISH & WILDLIFE SERVICE, | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sierra Club, Inc., declares that it has no parent corporation and no publicly held corporation currently owns 10% or more of its stock.

Respectfully submitted this 16th day of January 2020.

/s/ Bonnie Malloy
BONNIE MALLOY (Fl Bar No. 86109)
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Tania Galloni
TANIA GALLONI (Fl Bar. No. 619221)
Earthjustice
4500 Biscayne Blvd., Ste 201

Miami, FL 33137
T: (305) 440-5432
F: 850-681-0020
tgalloni@earthjustice.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of January, 2020, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

the filing to all counsel of record.

*/s/ Bonnie Malloy*
BONNIE MALLOY