# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Ft. Myers Division

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL CONFEDERATION OF SOUTHWEST FLORIDA,<br><br>    Plaintiffs,<br><br>v.<br><br>FLORIDA DEPARTMENT OF TRANSPORTATION, UNITED STATES FISH & WILDLIFE SERVICE,<br><br>    Defendants. | Case No. 2:20-cv-13-FtM-38NPM |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

  **X**  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Respectfully submitted this 17th day of January, 2020.

*/s/ Bonnie Malloy*
BONNIE MALLOY (Fl Bar No. 86109)
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

*/s/ Tania Galloni*
TANIA GALLONI (Fl Bar. No. 619221)
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: (305) 440-5432
F: 850-681-0020
tgalloni@earthjustice.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of January, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Bonnie Malloy*
BONNIE MALLOY