## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

SIERRA CLUB and ENVIRONMENTAL
CONFEDERATION OF SOUTHWEST
FLORIDA,

    Plaintiffs

v.                                                     Case No: 2:20-CV-00013

U.S. FISH AND WILDLIFE SERVICE; AURELIA
SKIPWORTH, as Director of the U.S. Fish and
Wildlife Service; FLORIDA DEPARTMENT OF
TRANSPORTATION; KEVIN J. THIBAULT, as
Secretary of the Florida Department of Transportation;
and U.S. ARMY CORPS OF ENGINEERS; and
TODD T. SEMONITE, as Chief Engineer and
Commanding General of the U.S. Army Corps of
Engineers,

    Defendants.
_____/

## **NOTICE OF COMPLIANCE**

    PLEASE TAKE NOTICE that Rachel Catherine Procaccini of Shutts & Bowen LLP is in compliance with Local Rule 2.01(d), which states, each attorney must register with the Clerk of the Court and maintain an email address for electronic service by the Clerk, and enters her appearance as counsel for Defendant FLORIDA DEPARTMENT OF TRANSPORTATION in the above-styled cause, and requests addition to the CM/ECF and other service lists, as well as receipt of copies of all future filings in this case.

    Dated: March 30, 2020.

                                                                     Respectfully submitted,

                                                                     */s/ Rachel C. Procaccini*
                                                                     **JASON GONZALEZ**
                                                                     Florida Bar No. 146854

        **DANIEL E. NORDBY**
        Florida Bar No. 14588
        **RACHEL C. PROCACCINI**
        Florida Bar No. 1019275
        **SHUTTS & BOWEN LLP**
        215 South Monroe Street, Suite 804
        Tallahassee, Florida 32301
        (850) 241-1717
        jasongonzalez@shutts.com
        dnordby@shutts.com
        rprocaccini@shutts.com

        **MEREDITH S. DELCAMP**
        Florida Bar No. 0016242
        **S. ELIZABETH KING**
        Florida Bar No. 122031
        **SHUTTS & BOWEN LLP**
        4301 West Boy Scout Blvd., Suite 300
        Tampa, Florida 33607
        mdelcamp@shutts.com

        *Attorneys for Defendant Florida Department of Transportation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        */s/ Rachel C. Procaccini*_____
         Attorney