**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| SIERRA CLUB *et al.*, )<br>    Plaintiff, )<br>                    )<br>   v.               )<br>                      )<br>UNITED STATES FISH & )<br>WILDLIFE SERVICE *et al.*, )<br>                      )<br>    Defendant. )<br>_____ ) | Case No: 2:20-cv-13-FtM-38NPM |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

__X__  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: April 14, 2020

*/s/ Bonnie Malloy*
Plaintiffs' Counsel of Record
Bonnie Malloy (Fla. Bar No. 86109)
Earthjustice
111 S. Martin Luther King Jr. Blvd.

*/s/ Meredith Delcamp*
FDOT Counsel of Record
Jason Gonzalez (Fla. Bar No. 146854)
Daniel E. Nordby (Fla. Bar No. 14588)
Rachel C. Procaccini (Fla. Bar No. 1019275)

Tallahassee, FL 32301
T: (850) 681-0031
F: (850) 681-0020
bmalloy@earthjustice.org

Tania Galloni (Fla. Bar No. 619221)
Earthjustice
4500 Biscayne Blvd., Ste. 201
Miami, FL 33137
T: (305) 440-5432
F: (850) 681-0020
tgalloni@earthjustice.org

Shutts & Bowen LLP
215 South Monroe Street, Ste. 804
Tallahassee, FL 32301
T: (850) 241-1717
jasongonzalez@shutts.com
dnordby@shutts.com
rprocaccini@shutts.com

Meredith S. Delcamp (Fla. Bar No. 0016242)
S. Elizabeth King (Fla. Bar No. 122031)
Shutts & Bowen LLP
4301 West Boy Scout Blvd., Ste. 300
Tampa, FL 33607
mdelcamp@shutts.com

*/s/ Mark Arthur Brown*
Federal Defendants' Counsel of Record
Jean E. Williams
Mark Arthur Brown (Fla. Bar No. 099504)
U.S. Department of Justice
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
T: (202) 305-0204
mark.brown@usdoj.gov

Joshua R. Holmes
Alexandra M. Holliday
U.S. Army Corps of Engineers
701 San Marco Blvd.
Jacksonville, FL 32207
Joshua.R.Holmes@usace.army.mil
Alexandra.M.Holliday@usace.army.mil

Helen Speights
U.S. Fish and Wildlife Service
75 Spring Street SW, Ste. 304
Atlanta, GA 30303
helen.speights@sol.doi.gov