**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Ft. Myers Division**

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL CONFEDERATION OF SOUTHWEST FLORIDA, ) ) ) Plaintiffs, ) ) v. ) ) ) U.S. FISH AND WILDLIFE SERVICE; ) AURELIA SKIPWORTH, as Director of the ) U.S. Fish and Wildlife Service; ) FLORIDA DEPARTMENT OF ) TRANSPORTATION; KEVIN J. THIBAULT, ) as Secretary of the Florida Department of ) Transportation; U.S. ARMY CORPS ) OF ENGINEERS; and TODD T. SEMONITE, ) as Chief Engineer and Commanding General ) of the U.S. Army Corps of Engineers, ) ) Defendants. ) | Case No. 2:20-cv-00013-SPC-NPM |

**JOINT MOTION TO APPROVE MEDIATOR**

Pursuant to Local Rule 3.01(a), the Parties ask the Court to approve Carlos Alvarez as mediator in this case. Pursuant to the Court's Case Management and Scheduling Order, ECF No. 30, the Parties conferred and agreed to select Mr. Alvarez as a mediator. Mr. Alvarez is not on the list of certified mediators for the U.S. District Court for the Middle District of Florida. Therefore, the Parties ask the Court to approve Mr. Alvarez because he is well suited to mediate this case.

1

Mr. Alvarez is qualified to serve as a mediator for this case. Mr. Alvarez has been a member of the Florida Bar for forty-five years and is currently admitted to the Bar of the U.S. District Court for the Middle District of Florida.[1] Mr. Alvarez has been mediating cases for twenty years and has experience in complex mediations involving environmental and administrative law issues. For example, regional, state, and federal agencies selected Mr. Alvarez to provide alternative dispute resolution methodology to the Everglades remediation projects. Mr. Alvarez was also asked by local, regional, and state governmental agencies to provide recommendations on environmental and land use issues as a special magistrate pursuant to the Florida Land Use and Environmental Dispute Resolution Act.

Therefore, the Parties ask this Court to approve Mr. Alvarez as mediator in this case because Mr. Alvarez is well suited to mediate this case given his experience and understanding of the subject matter and legal issues involved.

Respectfully submitted this 15th day of May, 2020.

> */s/ Bonnie Malloy*
> Plaintiffs' Counsel of Record
> Bonnie Malloy (Fla. Bar No. 86109)
> Earthjustice
> 111 S. Martin Luther King Jr. Blvd.
> Tallahassee, FL 32301
> T: (850) 681-0031
> F: (850) 681-0020
> bmalloy@earthjustice.org
>
> Tania Galloni (Fla. Bar No. 619221)
> Earthjustice
> 4500 Biscayne Blvd., Ste. 201

---

[1] *See About Carlos Alvarez*, https://www.carlosalvarezmediations.com/about (last visited May 15, 2020).

        Miami, FL 33137
        T: (305) 440-5432
        F: (850) 681-0020
        tgalloni@earthjustice.org

*/s/ Meredith Delcamp*
Jason Gonzalez (Fla. Bar No. 146854)
Daniel E. Nordby (Fla. Bar No. 14588)
Rachel C. Procaccini (Fla. Bar No. 1019275)
Shutts & Bowen LLP
215 South Monroe Street, Ste. 804
Tallahassee, FL 32301
T: (850) 241-1717
jasongonzalez@shutts.com
dnordby@shutts.com
rprocaccini@shutts.com

Meredith S. Delcamp (Fla. Bar No. 0016242)
S. Elizabeth King (Fla. Bar No. 122031)
Shutts & Bowen LLP
4301 West Boy Scout Blvd., Ste. 300
Tampa, FL 33607
mdelcamp@shutts.com

*Counsel for FDOT*

*/s/ Mark Arthur Brown*
Jean E. Williams
Mark Arthur Brown (Fla. Bar No. 099504)
U.S. Department of Justice
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
T: (202) 305-0204
mark.brown@usdoj.gov

Joshua R. Holmes
Alexandra M. Holliday
U.S. Army Corps of Engineers
701 San Marco Blvd.
Jacksonville, FL 32207

                Joshua.R.Holmes@usace.army.mil
                Alexandra.M.Holliday@usace.army.mil

Helen Speights
U.S. Fish and Wildlife Service
75 Spring Street SW, Ste. 304
Atlanta, GA 30303
helen.speights@sol.doi.gov

*Counsel for Federal Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Bonnie Malloy*
Bonnie Malloy