# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Ft. Myers Division

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL CONFEDERATION OF SOUTHWEST FLORIDA, <br><br> Plaintiffs <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE; AURELIA SKIPWITH, as Director of the U.S. Fish and Wildlife Service; FLORIDA DEPARTMENT OF TRANSPORTATION; KEVIN J. THIBAULT, as Secretary of the Florida Department of Transportation; U.S. ARMY CORPS OF ENGINEERS; and TODD T. SEMONITE, as Chief Engineer and Commanding General of the U.S. Army Corps of Engineers, <br><br> Defendants. | Case No. 2:20-cv-00013 |

## FEDERAL DEFENDANTS' CONSENT TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME (ECF No. 47)

Federal Defendants U.S. Fish and Wildlife Service, Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service, U.S. Army Corps of Engineers, and Todd T. Semonite, in his official capacity as Chief Engineer and Commanding General of the U.S. Army Corps of Engineers, by and through undersigned counsel, hereby consent to the relief requested in Plaintiffs' Motion for Extension of Time (ECF No. 47).

Respectfully submitted, this 14th day of September, 2020.

                                              JEAN E. WILLIAMS
                                              Deputy Assistant Attorney General
                                              Environment and Natural Resources Division
                                              United States Department of Justice

                                              */s/ Mark Arthur Brown*
                                              MARK ARTHUR BROWN (FL Bar 099504)
                                              Wildlife and Marine Resources Section
                                              4 Constitution Square

                                                150 M Street, N.E.
                                                Washington, D.C. 20002
                                                Tel: 202-305-0204
                                                Email:  mark.brown@usdoj.gov

Of Counsel:

Joshua R. Holmes
Alexandra M. Holliday
Assistant District Counsel
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida 32207
Joshua.R.Holmes@usace.army.mil
Alexandra.M.Holliday@usace.army.mil

Helen Speights
Attorney-Adviser
Office of the Regional Solicitor
Southeast Region
75 Spring Street SW, Suite 304
Atlanta, GA  30303
helen.speights@sol.doi.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 14th day of September 2020, I filed the foregoing using the United States District Court CM/ECF system, which caused all counsel of record to be served electronically.

                                                */s/ Mark Arthur Brown*