# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Ft. Myers Division

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL CONFEDERATION OF SOUTHWEST FLORIDA, )<br><br>Plaintiffs )<br><br>v. )<br><br>U.S. FISH AND WILDLIFE SERVICE; AURELIA SKIPWITH, as Director of the U.S. Fish and Wildlife Service; FLORIDA DEPARTMENT OF TRANSPORTATION; KEVIN J. THIBAULT, as Secretary of the Florida Department of Transportation; U.S. ARMY CORPS OF ENGINEERS; and TODD T. SEMONITE, as Chief Engineer and Commanding General of the U.S. Army Corps of Engineers, )<br><br>Defendants. ) | Case No. 2:20-cv-00013 |

### FLORIDA DEPARTMENT OF TRANSPORTATION'S RESPONSE IN SUPPORT OF FEDERAL DEFENDANT'S MOTION FOR RECONSIDERATION

The Florida Department of Transportation and Kevin J. Thibault in his official capacity (collectively the "Department"), by and through their undersigned counsel, respectfully submit this Response in Support of Federal Defendant's Motion for Reconsideration of Opinion and Order Denying Defendant's Joint Motion to Dismiss (ECF No. 46).

1. The Department joins and supports the Federal Defendant's Motion for Reconsideration (ECF No. 46).

2. The Department intends to file its own Motion for Reconsideration within the next week based on similar and additional grounds.

3. In the Case Management Report filed on April 14, 2020, the Federal Defendants advised the Court and the parties that they anticipated reinitiating Endangered Species Act ("ESA") consultation concerning the projects at issue in this case pursuant to the ESA consultation regulation, 50 C.F.R. § 402.16(a). ECF No. 27 at 7.  Therefore, the U.S. Fish and Wildlife Service's decision to formally withdraw its biological opinion is a consequence of actions previously noticed in the Case Management Report.  Plaintiffs' assertion that the Department and/or the Federal Defendants have taken actions for the purpose of avoiding judicial review (*see, e.g.*, ECF No. 55 at 6, 7, 8) is contrary to the record before the Court.

Dated: September 16, 2020.                    Respectfully submitted,

*/s/ Jason Gonzalez*
**JASON GONZALEZ**
Florida Bar No. 146854
**DANIEL E. NORDBY**
Florida Bar No. 14588
**RACHEL C. PROCACCINI**
Florida Bar No. 1019275
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
jasongonzalez@shutts.com
dnordby@shutts.com
rprocaccini@shutts.com

**MEREDITH S. DELCAMP**
Florida Bar No. 0016242
**SHUTTS & BOWEN LLP**
4301 West Boy Scout Blvd., Suite 300
Tampa, Florida 33607
mdelcamp@shutts.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jason Gonzalez*
**JASON GONZALEZ**