UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIERRA CLUB and
ENVIRONMENTAL
CONFEDERATION OF
SOUTHWEST FLORIDA,

      Plaintiffs,

v.   Case No. 2:20-cv-13-SPC-NPM

U.S. FISH AND WILDLIFE SERVICE,
AURELIA SKIPWORTH,
FLORIDA DEPARTMENT OF
TRANSPORTATION,
KEVIN J. THIBAULT,
U.S. ARMY CORP OF
ENGINEERS, and
TODD T. SEMONITE,

      Defendants.

## ORDER

After a sua sponte review of the case—including the pending motion to compel production of a privilege log and to consider extra-record materials (Doc. 62) and related filings—the Court extends the case-management deadlines. The extension will allow the Court time to fully consider the parties' submissions, and thereafter allow the parties sufficient time to complete an administrative record and prepare and file dispositive motions.

Accordingly, the Court will extend the remaining deadlines by sixty (60) days and will enter a second amended case management and scheduling order separately.

**DONE** and **ORDERED** in Fort Myers, Florida on April 7, 2021.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE